✎AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
__NORTHERN__ District of __NEW YORK__

UNITED STATES OF AMERICA

ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

WARREN GREEN

Date of Previous Judgment: __September 16, 2002__
(Use Date of Last Amended Judgment if Applicable)

Case Number: __1:00-cr-69-002 (DNH)__
USM Number: __10048-052__
Alexander Bunin, Esq.
Defendant's Attorney

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to 120 months**.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __31__          Amended Offense Level: __29__
Criminal History Category: __II__       Criminal History Category: __II__
Previous Guideline Range: __121__ to __151__ months    Amended Guideline Range: __97__ to __121__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

## III. ADDITIONAL COMMENTS
_____
_____

Except as provided above, all provisions of the judgment dated __September 16, 2002__ shall remain in effect.
**IT IS SO ORDERED**.

__April 25, 2008__
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge